IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOYLE DETIVEAUX                                                                                      PLAINTIFF

v.                                                              CIVIL ACTION NO. 1:14cv340-LG-RHW

PREMIER ENTERTAINMENT BILOXI, LLC
d/b/a HARD ROCK HOTEL & CASINO BILOXI                                          DEFENDANT

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion [72] to Dismiss his claim for damages for lost income, and the Court, having considered the same, finds that the motion is well taken.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff's Motion [72] to Dismiss his claim for damages for lost income shall be, and hereby is, **GRANTED**.

**SO ORDERED AND ADJUDGED** this the 21st day of July, 2015.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge